IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| AARON RAISER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SUSAN GELMIS, et al.,<br><br>　　　　　　Defendants. | CV 22-62-BLG-SPW-KLD<br><br>ORDER |

Plaintiff Aaron Raiser, who is proceeding pro se, has filed an "Ex Parte Application for Order (1) Striking Motion to Dismiss; (2) Alternatively, Allowing Extension of Time to Oppose." (Doc. 10). Plaintiff has not established a basis for striking the Defendants' Motion to Dismiss. Accordingly,

IT IS ORDERED that Plaintiff's motion is DENIED to the extent he moves to strike the Defendant's Motion to Dismiss (Doc. 8) and GRANTED to the extent he requests a two-week extension of time to file a response brief. Plaintiff's response to Defendants' Motion to Dismiss shall be due on or before December 19, 2022.

DATED this 2nd day of December, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge