IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| AARON RAISER,<br><br>            Plaintiff,<br><br>vs.<br><br>SUSAN GELMIS, et al.,<br><br>            Defendants. | CV 22-62-BLG-SPW-KLD<br><br>ORDER |

Plaintiff Aaron Raiser, who is proceeding pro se, has filed a motion requesting a second extension of time to file a brief in response to Defendants' Motion to Dismiss. Accordingly,

IT IS ORDERED that Plaintiff's motion is GRANTED. Plaintiff's response to Defendants' Motion to Dismiss shall be due on or before December 27, 2022.

DATED this 20th day of December, 2022.

                                                /s/ Kathleen L. DeSoto
                                                Kathleen L. DeSoto
                                                United States Magistrate Judge