UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| AARON RAISER,<br><br>               Plaintiff,<br><br>vs.<br><br>SUSAN GELMIS, ET AL.,<br><br>               Defendant. | Case No. CV-22-62 -BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

    IT IS ORDERED AND ADJUDGED Judgment is entered as stated per the Court's Order E.C.F. 35 filed on June 29, 2023.

    Dated this 29th day of June, 2023.

                            TYLER P. GILMAN, CLERK

                            By: /s/ E.Hamnes
                            E.Hamnes , Deputy Clerk